CLOSED

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:18–mj–06389–PMH All Defendants

Case title: USA v. Cardozo

Date Filed: 08/23/2018
Date Terminated: 08/27/2018

Assigned to: Magistrate Judge Patrick M. Hunt

**Defendant (1)**

**Byron Cardozo**
19068–104
*YOB 1984 English*
*TERMINATED: 08/27/2018*

represented by **Noticing FPD–FTL**
(954) 356–7436
Email: ftl_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:U.S.C.§2261A(2)(B)CYBERSTALKING
and 18:U.S.C.875(c) INTERSTATE
THREATS

**Disposition**

**Plaintiff**

**USA**

represented by **Jodi Anton**
U.S. Attorney's Office
500 E. Broward Boulevard
Suite 700

1

Fort Lauderdale, FL 33394
954–660–5692
Fax: 954–356–7336
Email: jodi.anton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/23/2018 | 1 | 3 | Magistrate Removal of Indictment from DISTRICT OF MASSACHUSETTS Case number in the other District 18–CR–10251 as to Byron Cardozo (1). (at) (Entered: 08/23/2018) |
| 08/23/2018 | 2 | 15 | Order to Unseal as to Byron Cardozo re 1 Magistrate Removal In. (Signed by Magistrate Judge Patrick M. Hunt on 8/23/2018). (at) (Entered: 08/23/2018) |
| 08/23/2018 | | 16 | Arrest of Byron Cardozo (at) (Entered: 08/23/2018) |
| 08/23/2018 | 3 | 17 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Byron Cardozo held on 8/23/2018. Court signed order to unseal Indictment. Detention Hearing set for 8/28/2018 AT 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 8/28/2018 AT 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Report Re: Counsel Hearing set for 8/27/2018 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (Digital 11:12:27) (Signed by Magistrate Judge Patrick M. Hunt on 8/23/2018). (at) (Entered: 08/23/2018) |
| 08/23/2018 | | 18 | Reset Hearings as to Byron Cardozo: **TIME CHANGE ONLY** Detention Hearing RESET for 8/28/2018 AT 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing RESET for 8/28/2018 AT 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at) (Entered: 08/23/2018) |
| 08/24/2018 | 4 | 19 | NOTICE *of Filing Factual Proffer in Support of Pretrial Detention* by USA as to Byron Cardozo (Attachments: # 1 Exhibit Factual Proffer) (Strauss, Jared) (Entered: 08/24/2018) |
| 08/27/2018 | 5 | 24 | Minute Order for proceedings held before Magistrate Judge Barry S. Seltzer: Report Re: Counsel Hearing as to Byron Cardozo held on 8/27/2018. Deft signed waiver of removal the court entered commitment to another district. Attorney added: Noticing FPD–FTL for Byron Cardozo (Digital 11:06:30 / 11:23:46–11:27:05) Signed by Magistrate Judge Barry S. Seltzer on 8/27/2018. (tw) (Entered: 08/27/2018) |
| 08/27/2018 | 6 | 25 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Byron Cardozo. (tw) (Entered: 08/27/2018) |
| 08/27/2018 | 7 | 26 | COMMITMENT TO ANOTHER DISTRICT as to Byron Cardozo. Defendant committed to District of District of Massachusetts.. Closing Case for Defendant. Signed by Magistrate Judge Barry S. Seltzer on 8/27/2018. *See attached document for full details.* (tw) (Entered: 08/27/2018) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 18Cr 10251 |
| v. | 18 U.S.C. § 2261A(2)(B) (Cyberstalking) |
| BYRON CARDOZO, | 18 U.S.C. § 875(c) (Interstate Threats) |
| Defendant | 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 (Criminal Forfeiture) |

*18-6389-Hunt*

*SEALED*

**INDICTMENT**

The Grand Jury charges:

**Background**

At all times relevant to this Indictment:

      1.      Defendant BYRON CARDOZO resided in the Middle District of Florida.

      2.      Jane Doe 1 resided in the District of Massachusetts. She was a photographer and writer and posted photographs and/or articles in Online Magazine A and on Website B.

      3.      In 2001, when he was approximately 17 years old and attending high school, CARDOZO met Jane Doe 1. Jane Doe 1 was approximately 13 years old at the time and attended the middle school on the shared campus of their private school in Florida. CARDOZO pursued a sexual relationship with Jane Doe 1.

1

4.     Online Magazine A was an online publisher of articles, including essays, reports, and interviews.  Readers could post online "comments" in the "comments" section associated with an article.

5.     Website B was a website created by Jane Doe 1 that featured her photographs and written materials.  Website visitors could post online "comments" in the "comments" section.

6.     As set forth below, for approximately 18 months, from in or about February 2017 through the date of this Indictment, CARDOZO, using various online platforms, including Facebook, Twitter, and the "comment" sections of Online Magazine A and Website B, engaged in a cyberstalking and interstate threats campaign targeting Jane Doe 1.

7.     CARDOZO continued to harass and threaten Jane Doe 1 despite the fact that she had obtained a state court order in April 2017, forbidding CARDOZO from communication with her.

## Harassing and Threatening Communications

8.     In late 2016, Jane Doe 1 wrote, and then had published in Online Magazine A, an essay describing a traumatic sexual encounter that she had with CARDOZO when she met CARDOZO in person for the first time, in or about 2001.  Jane Doe 1 published the essay using her own name but used pseudonyms for CARDOZO and the others involved.

9.     Shortly after the article was published, CARDOZO launched a multi-faceted cyberstalking and threats campaign against Jane Doe 1.  CARDOZO sent Jane Doe 1 hundreds of messages using pseudonyms and fake social media accounts.  CARDOZO posted the majority of his anonymous messages in the "comments" sections of Online Magazine A and Website B.

2

10.     Through these communications, CARDOZO claimed that Jane Doe 1 had fabricated her claims about the coercive nature of the 2001 sexual encounter, provided graphic descriptions of his purported consensual sexual encounter with Jane Doe 1, and described how he masturbated to Jane Doe 1's photographs. CARDOZO made express and implicit threats to injure Jane Doe 1. At other times, CARDOZO also apologized to Jane Doe 1 for the traumatic sexual experience in 2001, asked for forgiveness, expressed his love for Jane Doe 1, and made veiled threats to commit suicide "because of you."

11.     As CARDOZO's messages to Jane Doe 1 increased in frequency, Jane Doe 1 reached out to legal authorities for assistance and protection. CARDOZO responded with increased threats, including additional express and implied threats to injure Jane Doe 1.

12.     For example, on or about February 23, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part: "Keep digging you [sic] grave deeper and deeper with each and every lie."

13.     On or about March 3, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part: "[I] WILL HAUNT YOU FOR THE REST OF YOUR PATHETIC LIFE. . . . [AM I] MAKING [MYSELF] CRYSTAL CLEAR?" and continued, "WE ARE WAITING."

14.     On or about March 22, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part: "As much as I love you I can do this until the day I die. You destroyed any hope I had to have just a mere friendship with that Angel [believed to be a reference to a friend of Jane Doe 1 that had a relationship with CARDOZO] because of this GOOD FOR YOU but now I have nothing left to lose."

3

15.    On or about April 3, 2018, after a representative of Jane Doe 1 notified legal authorities about the troubling communications described above, CARDOZO posted a comment on Online Magazine A that stated, in part: "im [sic] going to fix you [first name of Jane Doe 1] whether you like it or not, you started this bullshit now lets [sic] finish it." He continued, "I CAN'T ALLOW YOU TO DO THAT . . . I'll beat your ass in this game of chess . . . I'll beat you till you're writing Haiku . . . IM CUMMIN OUT YOUR SOCKET NOTHING YOU CAN DO TO STOP . . . MY WRATH RUNS COLD I'LL BEAT YOU IN 17 LINES OF POEM . . HASTA LA VISTA . . "

16.    On or about April 13, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part:  "I WISH [pseudonym for CARDOZO used in Jane Doe 1's essay] HAD RAPED YOUR LYING BITCH ASS HAHAHAHAHA," and then "I HOPE SOMEONE DOES FUCKING RAPE THE SHIT OUT OF YOU FOR WHAT YOU HAVE DONE TO ME YOU FUCKING BITCH," "BEST BELIEVE ILL [sic] NEVER FORGET THIS EVER FOR THE REST OF YOUR SAD FUCKING HOMOSEXUAL LYING LIFE ILL [sic] FUCKING HAUNT YOU BITCH," "ILL [sic] NEVER GO AWAY YOULL [sic] ALWAYS HAVE TO LOOK OVER YOU SCARED SHOULDER HAHAHAHAHA," "YOU FUCKING LIED ABOUT ME AND THEN TRIED TO HAVE ME ARRESTED?????? FUCK YOU YOU FUCK CUNTTILL [sic] THE DAY I DAY ILL [sic] FUCKING REMIND YOU WHAT A LYING PIECE OF FUCKING SHIT YOU ARE . . . NO FAGGOT ATTORNEY OR AMOUNT OF YOUR FAMILYS [sic] MONEY WILL SAVE YOU BITCH," "NEVER WILL I STOP AS LONG AS THIS FUCKING SHIT EXISTS YOU HEAR ME BITCH NEVER . . . I LOVE YOU SO MUCH  . . . i do love you . . . i always have and i always will."

4

17.     On or about April 14, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part: "did i play the part of your imaginary rapist good enough???? im looking at your pictures right now jacking off about to bust a huge nut to your story once again LOL. . . i am after all your "stalker" in every way one can imagine yes???? . . . There!!! thats [sic] [pseudonym for CARDOZO used in Jane Doe 1's essay] the rapist?????. . . I can be your [pseudonym for CARDOZO used in Jane Doe 1's essay] baby girl secrets can be fun!!!!"

18.     On the same date, CARDOZO posted a comment on Online Magazine A that stated, in part: "[pseudonym for CARDOZO used in Jane Doe 1's essay] IS FUCKING 33 you crazy psycho hahahahahah the MAN THAT RAPED YOU IS 3 YEARS OLDER THEN [sic] YOU HAHAHAHAHAHAHAHAHAHA God you are so FULL OF SHIT [Jane Doe's first name] I CANT [sic] FUCKING STAND IT!!!!!"

19.     On or about April 16, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part: "i just busted the biggest nut to the picture of you . . . i picture you waiting begging for my seed to fill your mouth . . . See . . . ??? i can play your [pseudonym for CARDOZO used in Jane Doe 1's essay] . . . I can be exactly want you have made up in your mind about me all these years." "This is what you want, right???? . . . I CAN BE THAT FOR YOU [Jane Doe's first name] I WILL BE THAT FOR YOU . . . ILL [sic] GIVE YOU EXACTLY WHAT YOU WANT SWEET GURL . . . Fuck the only thing i regret about that day was not making you swallow my cum baby girl . . . then my DNA would have been apart [sic] of you for EVER . . . "

20.     On or about April 17, 2018, CARDOZO posted a comment on Online Magazine A that stated, in part: "we will show you exactly what happens when you cry wolf . . . HOW

5

FUCKING DARE YOU YOU HAVE JUST WOKE THE DRAGON EVEN WORSE BABY
GIRL AHAHAHAHA."

21.     On or about May 21, 2018, after a representative of Jane Doe 1 notified legal
authorities of CARDOZO's continued communications, CARDOZO posted a comment on
Website B that stated, in part: "You fucking bitch keep it up and you will know what it means to
be assaulted." "You are fucking done I dare you to keep pulling this shit I FUCKING DARE
YOU BITCH YOU WILL KNOW FEAR TRUST ME BY THE TIME THIS SHIT IS OVER
YOULL [sic] BE WISHING YOU JUST IGNORED IT." "You will fucking find out what
happens when you cry wolf bitch."

22.     On or about July 10, 2018, CARDOZO posted a comment on Website B that
stated, in part: "hear me now [first name of Jane Doe 1], i will devote my miserable life to
destroying yours for what you have dont [sic] you sick Godless bitch…Writer, Photographer, &
Amateur Magician and bitch full of shit i hope you send seal team 6 to kill me because you have
no idea who you have just fucked with little girl."

## COUNT ONE
## 18 U.S.C § 2261A(2)(B)
### (Cyberstalking)

The Grand Jury re-alleges and incorporates by reference the allegations in paragraphs 1-22 of this Indictment and charges that:

23. From in or about February 2017 through in or about August 2018, in the District of Massachusetts, and elsewhere, defendant

**BYRON CARDOZO,**

with intent to harass and intimidate, used an interactive computer service and an electronic communications service and electronic communication systems of interstate commerce, and any other facility of interstate and foreign commerce, specifically online postings, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Jane Doe 1.

All in violation of 18 U.S.C. § 2261A(2)(B).

7

**COUNT TWO**
**18 USC § 875(c)**
**(Interstate Threats)**

The Grand Jury re-alleges and incorporates by reference paragraphs 1- 22 of this Indictment and further charges that:

24.     On or about May 21, 2018, in the District of Massachusetts, and elsewhere, defendant

**BYRON CARDOZO,**

knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing the threat, knowing that it would be interpreted as a threat, and recklessly disregarding the risk that his communication would be interpreted as a threat, specifically the comment on Website B as described in Paragraph 21 of this Indictment.

All in violation of 18, U.S.C. § 875(c).

8

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1.     Upon conviction of the offense set forth in Count Two of this Indictment,

**BYRON CARDOZO,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or

personal, which constitutes or is derived from proceeds traceable to the offense.

2.     If any of the property described in Paragraph 1, above, as being forfeitable

pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States

Code, Section 2461(c), as a result of any act or omission of the defendant --

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without
         difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c),

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the property described in Paragraph 1 above.

      All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

9

A TRUE BILL

Grand Jury Foreperson

_____
Amy Harman Burkart
Assistant United States Attorney
Mona Sedky
Department of Justice Senior Trial Attorney
Computer Crime & Intellectual Property Section

DISTRICT OF MASSACHUSETTS, Boston, MA August 7, 2018

Returned into the District Court by the Grand Jurors and filed.

Ana Belped 10, Deputy Clerk

$2:16 p

10

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                        REMOTE CSID        DURATION    PAGES    STATUS
August 23, 2018 at 8:59:54 AM EDT    9543567068         33          1        Received

08/23/2018  08:59    9543567068                    FT LAUD USMS

                                                                              PAGE  01/01
```

18-6389-Hunt

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18Cr 10251 |
| Byron Cardozo | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

SEALED

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Byron Cardozo
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:


Date:    08/07/2018                         _David H. Hennessy_
                                            _Issuing officer's signature_

City and state:    Boston, MA               David H. Hennessy  USMJ
                                            _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ |
| Date: _____                         _Arresting officer's signature_ |
| _Printed name and title_ |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 18Cr10251 |
| v. | 18 U.S.C. § 2261A(2)(B) (Cyberstalking) |
| BYRON CARDOZO, | 18 U.S.C. § 875(c) (Interstate Threats) |
| Defendant | 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 (Criminal Forfeiture) |

18-6389-Hunt

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:
David J. D'Addio
Amy H. Burkart
Assistant U.S. Attorneys

Date: August 7, 2018

August 7, 2018

allowed

David H Kennedy

US MJ

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-6389-Hunt

UNITED STATES OF AMERICA,
                Plaintiff,

vs

Byron Cardozo,
                Defendant(s)
_____/

## O R D E R

      THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a Indictment.

      UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

      ORDERED AND ADJUDGED that the SEALED INDICTMENT be unsealed as to all parties.

      DONE AND ORDERED at Fort Lauderdale, Florida this 23rd, day of August, 2018.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Jodi Anton (caseview.ecf@usdoj.gov, jason.bullard@usdoj.gov,
jennifer.m.smith2@usdoj.gov, jodi.anton@usdoj.gov), Magistrate Judge Patrick M. Hunt
(hunt@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
```

```
Message-Id:17912790@flsd.uscourts.gov
Subject:Activity in Case 0:18-mj-06389-PMH USA v. Cardozo Arrest
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/23/2018 at 12:33 PM EDT and filed on 8/23/2018

| | |
|---|---|
| **Case Name:** | USA v. Cardozo |
| **Case Number:** | 0:18–mj–06389–PMH |
| **Filer:** | |
| **Document Number:** | No document attached |
| **Docket Text:** | |

**Arrest of Byron Cardozo (at)**


**0:18–mj–06389–PMH–1 Notice has been electronically mailed to:**

Jodi Anton &nbsp &nbsp jodi.anton@usdoj.gov, CaseView.ECF@usdoj.gov, jason.bullard@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov

**0:18–mj–06389–PMH–1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# COURT MINUTES/ORDER

# United States Magistrate Judge Patrick M. Hunt

Date: 08/23/18   Time: 11:00

Defendant: Byron Cardozo _____ J#: _____   Case #: 18-6389-Hunt _____

AUSA: Jared Strauss (Jodi Anton Duty) _____   Attorney: _____

Violation: _____ Cyberstalking _____

Proceeding: Initial Appearance Rule 5 _____   CJA Appt: _____

Bond/PTD Held: ⃝ Yes   ⃝ No   Recommended Bond: _____

Bond Set at: _____   Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: _____

Disposition:
All parties present.

Court signed Order to unseal the indictment.

Deft advised of his rights and charges.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 08/27/18 | 11:00 a.m. | Seltzer | FTL |
| PTD/Bond Hearing: | 08/28/18 | 10:30 a.m. | Seltzer | FTL |
| Prelim/Arraign or Removal: | 08/28/18 | 10:30 a.m. | Seltzer | FTL |

Status Conference RE:

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R.   11:12:27 _____   Time in Court:   8 MINS

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Jodi Anton (caseview.ecf@usdoj.gov, jason.bullard@usdoj.gov,
jennifer.m.smith2@usdoj.gov, jodi.anton@usdoj.gov), Magistrate Judge Patrick M. Hunt
(hunt@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:17914589@flsd.uscourts.gov
Subject:Activity in Case 0:18-mj-06389-PMH USA v. Cardozo Set/Reset Deadlines/Hearings
Content-Type: text/html
```

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/23/2018 at 4:25 PM EDT and filed on 8/23/2018

| | |
|---|---|
| **Case Name:** | USA v. Cardozo |
| **Case Number:** | 0:18-mj-06389-PMH |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Reset Hearings as to Byron Cardozo: **TIME CHANGE ONLY** Detention Hearing RESET for 8/28/2018 AT 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing RESET for 8/28/2018 AT 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at)


**0:18-mj-06389-PMH-1 Notice has been electronically mailed to:**

Jodi Anton &nbsp &nbsp jodi.anton@usdoj.gov, CaseView.ECF@usdoj.gov, jason.bullard@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov


**0:18-mj-06389-PMH-1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-mj-06389-PMH
(D. Mass. Case No.   18-CR-10251)


UNITED STATES OF AMERICA

v.

BYRON CARDOZO,

            Defendant.

_____

## <u>NOTICE OF FILING FACTUAL PROFFER</u>

The United States hereby gives notice of its filing of the attached factual proffer in support

of its motion for pre-trial detention of Byron Cardozo.

                        Respectfully submitted,

                        BENJAMIN G. GREENBERG
                        UNITED STATES ATTORNEY

        By:   <u>/s   Jared M. Strauss</u>
                JARED M. STRAUSS
                ASSISTANT UNITED STATES ATTORNEY
                Court ID No. A5501264
                500 E. Broward Blvd., Suite 700
                Ft. Lauderdale, Florida 33394
                (954) 356-7255 (telephone)
                (954) 356-7336 (fax)
                jared.strauss@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 24th day of August, 2018, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.

                                     /s Jared M. Strauss
                                     JARED M. STRAUSS
                                     Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-mj-06389-PMH
(D. Mass. Case No.   18-CR-10251)

UNITED STATES OF AMERICA

v.

BYRON CARDOZO,

    Defendant.

_____

### **FACTUAL PROFFER**

In support of its motion for pre-trial detention of defendant Byron Cardozo, the United States proffers the following facts: Cardozo was indicted in the U.S. District Court of Massachusetts and charged with cyberstalking and making interstate threats, in violation of 18 U.S.C. §§ 2261A(2)(B) and 875(c), stemming from his extensive, multi-faceted harassment and threats campaign against a former school mate, a Massachusetts woman identified as Jane Doe 1.   In 2001, Jane Doe 1 had a one-time, traumatic sexual encounter with Cardozo and Cardozo's male friend, when Jane Doe 1 was about 13 and Cardozo and his friend were about 17.   In December 2016, Jane Doe 1, who is a writer and educator, wrote and had published in an online magazine an essay about the traumatic sexual encounter, using pseudonyms for Cardozo and others.   In response, Cardozo launched an extensive, 18-month-long cyberstalking campaign against Jane Doe 1.

As set forth in the 10-page speaking indictment, from February 2017 through the time of his arrest, Cardozo sent hundreds of online communications to Jane Doe 1, using multiple online names and platforms, many of which were posted in publically available forums.   Most often, Cardozo posted to the "comments" section associated with Jane Doe 1's essay on the online

1

magazine and, when that closed, he made posts on Jane Doe 1's personal website. In those communications, Cardozo repeatedly claimed that Jane Doe 1 had fabricated the coercive nature of the sexual encounter; graphically described what he claimed was a consensual sexual encounter with Jane Doe 1; described private aspects of Jane Doe 1's prepubescent body; claimed to be masturbating to her photographs; discussed her homosexuality; discussed her perceived wealth and privilege; professed his continued love for her; threatened to commit suicide because of her; and described his extensive and violent criminal history. Cardozo escalated his conduct over time, increasing his threats when Jane Doe 1 made attempts to protect herself through hiring civil attorneys, obtaining a state court order of protection, and informing Cardozo's parole officer of his continued harassment in violation of that order. Cardozo's communications escalated significantly in April 2018, when Cardozo began making express and implied threats to injure Jane Doe 1. For example, on May 21, 2018, he stated: "You fucking bitch you keep this up and you will know what it means to be assaulted." "You are fucking done . . . YOU WILL KNOW FEAR TRUST ME . . . You will fucking find out what happens when you cry wolf bitch." On July 10, 2018, he stated: "i will devote my miserable life to destroying yours . . . you think 2 hired thugs fucks cn [sic] stop me from giving you what you deserve????"[1]

Cardozo attempted to hide his identity by using aliases and virtual private networks. Despite his efforts, law enforcement agents attributed the communications to Cardozo in two ways. First, the content of the communications themselves several times referenced events that had

---

[1] In June 2018, after Cardozo's community control expired, Jane Doe 1's family hired a private investigator to monitor Cardozo's whereabouts in case he traveled to Massachusetts. Unbeknownst to Jane Doe 1, the private investigator(s) confronted Cardozo at his home in Jacksonville and a physical altercation ensued. There is an ongoing investigation in Jacksonville.

occurred with Cardozo (e.g. communications made to his parole officer). Second, digital evidence also confirmed that Cardozo is responsible for the harassing communications. Specifically, on April 14, 2018, Cardozo used his own home internet connection, SBC Global, to post a comment to the online magazine with Jane Doe 1's article. Further, records from Amazon and Microsoft confirm that IP addresses that were used to anonymously make the harassing and threatening posts on the online magazine were also being used by Cardozo to log into other online accounts in his own name. Finally, the investigation established that, with the exception of the mistakes noted above, Cardozo generally used a virtual private network ("VPN") called Express VPN to make the posts anonymously, and when agents executed the search warrant on August 23, 2018, they observed a computer running Express VPN.

Cardozo is transient, having moved to Broward County only days ago. He has an extensive criminal history, with numerous felony convictions, including battery, assault, grand theft, burglary with assault or battery, and possession of illegal substances and paraphernalia. In May 2014 he was found to be a "habitual felony offender" by a judge in Broward County. He has repeatedly violated his terms of probation and has served at least two year-long prison sentences. In November 2016, a juvenile's mother obtained a final "injunction for protection against repeat violence" against Cardozo in Broward County, which Cardozo violated by February 2018. Cardozo was also convicted in December 2016 for battery of a licensed security officer in Broward County and placed on 18 months of community control, which expired in June 2018. During that period of community control, Cardozo engaged in the cyberstalking and threats campaign charged in the Indictment. Although Cardozo is a convicted felon, agents observed Cardozo firing various weapons on or about August 17, 2018, at a gun range in Deerfield Beach.

3

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: BYRON CARDOZO (J)#19068-104          CASE NO: 18-6389-HUNT

AUSA: J. STRAUSS                            ATTY:

USPO:                                       VIOL:

                                            18:U.S.C.§2261

PROCEEDING:    REPORT RE COUNSEL            RECOMMENDED BOND:

BOND/PTD   HEARING HELD - yes / no          COUNSEL APPOINTED:   **FPD: JAN SMITH PRESENT**

BOND SET @:    **NO BOND HEARING**          To be cosigned by:

☐   All standard conditions                 **DEFENDANT PRESENT IN COURT WITHOUT COUNSEL**

☐   Do not encumber   property.             **REQUEST COURT TO APPOINT AN ATTORNEY**

☐   Surrender and / or do not obtain passports / travel documents.   **SWORN/TEST. FEDERAL PUBLIC DEFENDER'S OFFICE**

☐   Rpt to PTS as directed /  or_ x's a week/month by phone; _
    x's a week/month in person.              **APPOINTED. JAN SMITH PRESENT.**

☐   Random   urine testing by Pretrial Services.
    Treatment as deemed necessary.           **DEFENDANT WAIVED REMOVAL, SIGNED WAIVER IN**

☐   Maintain or seek full - time employment. **OPEN COURT. DEFERRING BOND HEARING UNTIL HIS**

☐   No contact with victims / witnesses.    **RETURN TO MASSACHUSETTS.   COURT FINDS GOOD**

☐   No firearms.                            **CAUSE TO DEFER PTD HEARING UNTIL HIS RETURN**

☐   Electronic Monitoring:                  **TO OTHER DISTRICT.   DEFENDANT HAS HIS RIGHT TO**

☐   Travel extended to:                     **BOND HEARING IN MASSACHUSETTS. COMMITMENT**

☐   Other:                                  **ORDER SIGNED.**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT   RE
COUNSEL:

PTD/**BOND**
HEARING:

PRELIM/**ARRAIGN** OR
REMOVAL:

STATUS RE
PRELIM/HRG:

DATE:   **8/27/18**     TIME:    **11:00 AM**     FTL/TAPE/#          Begin     **DAR:**
                                                 BSS-

[20 MINS]
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO DAR:11:06:22-11:09:30 RECALLED 11:23:46-11:27:05

24

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

Case No: 18-6389-HUNT
Your Case No:18-CR-10251

**United States of America**

vs

**WAIVER OF REMOVAL HEARING**

Byron Cardoso,

**I** , Byron Cardoso charged in a proceeding on a **Indictment filed in the District of Massachusetts in violation of 18:U.S.C.§2261A(2)(B) Cyberstalking and 18:U.S.C.§875(c) Interstate Threats and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Judge Barry S. Seltzer**, for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **District of Massachusetts** where the aforesaid charge is pending against me.

August   27th,   2018

_____
Signature of defendant

**Barry S. Seltzer**
**United States Magistrate Judge (8/27/18)**

cc: All Counsel

25

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN                    District of                    FLORIDA

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| **vs.** | **DISTRICT** |
| BYRON CARDOZO | |

18-6389-HUNT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| DISTRICT OF MASSACHUSETTS | 18-CR-10251 | SOUTHERN DISTRICT OF FLORIDA | 18-6389-HUNT |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment      ☐ Information      ☐ Complaint      ☐ PETITION

charging a violation of   18            **U.S.C. § 2261 AND §875(c)**

**DISTRICT OF OFFENSE:**

DISTRICT OF MASSACHUSETTS

**CYBERSTALKING AND INTERSTATE THREATS**

**CURRENT BOND STATUS:**

☐ Bail fixed at                               and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   (Federal Defender Organization)   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No        Yes   Language:   ENGLISH

**SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/27/18
_____          _____
Date                           United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |

26